UNITED STATES of America,
Plaintiff–Appellee,

v.

Ricardo DeLeon SALINAS,
Defendant–Appellant.

No. 05–41260.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Ricardo DeLeon Salinas appeals his guilty-plea conviction and sentence for possession of 500 grams or more of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a) and (b). The district court imposed a statutory mandatory minimum prison sentence of 60 months and a supervised-release term of four years.

For the first time on appeal, Salinas contends that the district court lacked jurisdiction to convict and sentence him, on the ground that 21 U.S.C. § 841 is unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As he concedes, this argument is foreclosed by *United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir.2000).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.